IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-163-KDB-DCK

| | |
|---|---|
| CATHERINE H. BARBER MEMORIAL SHELTER, INC., </br></br>Plaintiff, </br></br>v. </br></br>TOWN OF NORTH WILKESBORO, and BOARD OF ADJUSTMENT OF THE TOWN OF NORTH WILKESBORO, </br></br>Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by David G. Guidry, concerning Diana K. Simpson on October 27, 2020. Diana K. Simpson seeks to appear as counsel *pro hac vice* for Plaintiff Catherine H. Barber Memorial Shelter, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Diana K. Simpson is hereby admitted *pro hac vice* to represent Plaintiff Catherine H. Barber Memorial Shelter, Inc.

Signed: October 27, 2020

David C. Keesler
United States Magistrate Judge