IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-163-KDB-DCK

| | |
|---|---|
| CATHERINE H. BARBER MEMORIAL SHELTER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF NORTH WILKESBORO, and )<br>BOARD OF ADJUSTMENT OF THE TOWN )<br>OF NORTH WILKESBORO, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by David G. Guidry, concerning Alexa Gervasi on October 27, 2020. Alexa Gervasi seeks to appear as counsel *pro hac vice* for Plaintiff Catherine H. Barber Memorial Shelter, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Alexa Gervasi is hereby admitted *pro hac vice* to represent Plaintiff Catherine H. Barber Memorial Shelter, Inc.

Signed: October 27, 2020

David C. Keesler
United States Magistrate Judge