# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Catherine H. Barber Memorial Shelter, Inc., ) | | JUDGMENT IN CASE |
| ) | | |
| Plaintiff, ) | | 5:20-cv-00163-KDB-DCK |
| ) | | |
| vs. ) | | |
| ) | | |
| Town of North Wilkesboro ) | | |
| Board of Adjustment of the Town of ) | | |
| North Wilkesboro, ) | | |
| Defendant(s), ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2021 Order.

December 20, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court