IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:20-CV-163-KDB-DCK

| | |
|---|---|
| **CATHERINE H. BARBER MEMORIAL SHELTER, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BOARD OF ADJUSTMENT OF THE TOWN OF NORTH WILKESBORO, and TOWN OF NORTH WILKESBORO,** ) ) ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion For Stay Of The Proceedings For Damages, Attorneys' Fees, And Costs" (Document No. 46) filed February 8, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion For Stay Of The Proceedings For Damages, Attorneys' Fees, And Costs" (Document No. 46) is **GRANTED with modification**. Plaintiff shall have up to and including **March 21, 2022** to file its Motion for Damages, Attorneys' Fees, and Costs.

**SO ORDERED**.

Signed: February 8, 2022

David C. Keesler
United States Magistrate Judge